| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **Code Rebel Corporation** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | d/b/a Code Rebel LLC,    d/b/a ThinOps Resources LLC |

| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4825060 |
|---|---|---|

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **77 Ho'okele Street Unit 102** | |
| | | **Kahului, Hi 96732** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maui** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | www.coderebel.com |
|---|---|---|

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Code Rebel Corporation**                                        Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

541511

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Code Rebel Corporation**
_____Name_____      Case number (_if known_) _____

**11. Why is the case filed in _this district?_**    _Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    _Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☑ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☑ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    Code Rebel Corporation
          Name                                                    Case number (*if known*)

---

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____05/18/2016____
             MM / DD / YYYY

X _____                      Arben Kane
  Signature of authorized representative of debtor    Printed name

Title    CEO

---

**18. Signature of attorney**

X _____          Date  5/13/2016
  Signature of attorney for debtor            MM / DD / YYYY

Hanh Huynh
Printed name

Herrick, Feinstein LLP
Firm name

2 Park Avenue, New York, NY 10016
Number, Street, City, State & ZIP Code

Contact phone  212-592-1400  Email address  hhuynh@herrick.com

4355434    NY
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     Code Rebel Corporation

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/18/2016     x _____
                         Signature of individual signing on behalf of debtor

                         Arben Kane
                         Printed name

                         CEO
                         Position or relationship to debtor

     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___ Code Rebel Corporation ___

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................ $ ___ 0

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................... $ ___ 11,245,778.92

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................ $ 11,245,778.92

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ ___ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ ___ 0

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ ___ 859,656.03

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b
   $ 859,656.03

**Fill in this information to identify the case:**

Debtor name    Code Rebel Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**

N/A

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    see exhibit [ A ] | | | $28,720.70 |

4.    **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1.    Code Rebel Paypal Accounts Receivable account | $1,256.97 |

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$29,977.67

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.    N/A

Debtor _____ Code Rebel Corporation _____    Case number *(If known)* _____
     Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment
    8.1. ____ See Exhibit [B] _____    $46,212.17

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.    $ 46,212.17

<hr>

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less: ___$48,207.90___ - ___0___ = .... ___$48,207.90___
                   face amount         doubtful or uncollectible accounts

    11b. Over 90 days old: ___$29.50___ - ___$29.50___ =.... ___$0___
                  face amount         doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $48,207.90

<hr>

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership

    15.1. _____    ____%    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **Code Rebel Corporation**                                    Case number *(If known)* _____
            Name

Describe:

16.1. _____          _____          _____
_____

17.  **Total of Part 4.**
     Add lines 14 through 16.  Copy the total to line 83.                    ┌─────────────────┐
                                                                            └─────────────────┘

**Part 5:**      **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| **22.   Other inventory or supplies** | | | | |

23.  **Total of Part 5.**
     Add lines 19 through 22.  Copy the total to line 84.                    ┌─────────────────┐
                                                                            └─────────────────┘

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Debtor    **Code Rebel Corporation**                          Case number *(If known)*
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.    Crops—either planted or harvested**

**29.    Farm animals** *Examples: Livestock, poultry, farm-raised fish*

**30.    Farm machinery and equipment** *(Other than titled motor vehicles)*

**31.    Farm and fishing supplies, chemicals, and feed**

**32.    Other farming and fishing-related property not already listed in Part 6**

**33.    Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

**34.    Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

<span style="background:black;color:white">Part 7:</span>    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.    Office furniture**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 4

Debtor     Code Rebel Corporation                          Case number *(If known)*
           Name

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and**
           **communication systems equipment and software**

           PC, Laptop, Mac, Macbooks ,Ipads     $13,491.44     book value          $13,491.44

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
           books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
           collections; other collections, memorabilia, or collectibles

           42.1.

**43.**    **Total of Part 7.**                                                    $13,491.44
           Add lines 39 through 42.  Copy the total to line 86.

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
           ☐ No
           ☑ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
           ☑ No
           ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

|  | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. | | | |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1. | | | |
| **49.** | **Aircraft and accessories** | | | |
| | 49.1.. | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Code Rebel Corporation**    Case number *(If known)*
_____
Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | Code Rebel Corporation | Case number *(if known)* _____ |
| --- | --- | --- |
| | Name | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| | iRapp | 6,714 | book value | 6,714 |
| 61. | Internet domain names and websites | | | |
| | www.coderebel.com | | | |
| 62. | Licenses, franchises, and royalties | | | |
| | Microsoft License | 800 | book value | 800 |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |
| | ThinOps Resources | $9,194,043 | book value | $9,194,043 |

| 66. | Total of Part 10. | | $9,201,557 |
| --- | --- | --- | --- |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

Debtor    **Code    Rebel**    Case number *(If known)* _____
         Name    **Corporation**

**71.    Notes receivable**
         Description (include name of obligor)

         Aegis Identity Software    $635,961.85    -    0    =    $635,961.85
                                    Total face amount         doubtful or uncollectible amount

**72.    Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

                                                            Tax year

**73.    Interests in insurance policies or annuities**

**74.    Causes of action against third parties (whether or not a lawsuit
         has been filed)**

                                    See Exhibit [C]                    $1,270,370.89
         Nature of claim
         Amount requested

**75.    Other contingent and unliquidated claims or causes of action of
         every nature, including counterclaims of the debtor and rights to
         set off claims**

         Nature of claim
         Amount requested

**76.    Trusts, equitable or future interests in property**

**77.    Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

**78.    Total of Part 11.**
         Add lines 71 through 77. Copy the total to line 90.                    $1,906,332.74

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☑ No
         ☐ Yes

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property                    page 8

Debtor    __Code Rebel Corporation_____    Case number *(If known)* _____
            Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,977,67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $46,212.17 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $48,207.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,491.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | 9,201,557 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + 1,906,332.74 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,245,778.92 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,245,778.92 |

**Fill in this information to identify the case:**

Debtor name          **Code Rebel Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**

Do not deduct the value
of collateral.

*Column B*
**Value of collateral
that supports this
claim**

**2.1.** _____
Creditor's Name

Describe debtor's property that is subject to a lien

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** [          ]

Debtor    **Code Rebel Corporation**                                    Case number (if know) _____
          Name

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? Line 2._ | Last 4 digits of account number for this entity |
|---|---|---|
| Name and address | On which line in Part 1 did you enter the related creditor? Line 2._ | Last 4 digits of account number for this entity |
| Name and address | On which line in Part 1 did you enter the related creditor? Line 2._ | Last 4 digits of account number for this entity |
| Name and address | On which line in Part 1 did you enter the related creditor? Line 2._ | Last 4 digits of account number for this entity |
| Name and address | On which line in Part 1 did you enter the related creditor? Line 2._ | Last 4 digits of account number for this entity |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name _____ **Code Rebel Corporation** _____

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1. Nonpriority creditor's name and mailing address<br><br>Exhibit [D] | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   859,656.03 |
| | Basis for the claim: | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number _____ | ☐ No<br>☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor ___Code Rebel Corporation_____    Case number (if known) _____
            Name

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____  ☐ Not listed. Explain _____ | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $              0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  859,656.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  859,656.03 |

**Fill in this information to identify the case:**

Debtor name __Code Rebel Corportion__

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | employment contract | |
|---|---|---|---|
| | State the term remaining | unlimited | |
| | List the contract number of any government contract | | Bruce Huber, 1012 Grey Fox Drive Savannah TX 76227 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | employment contract | |
|---|---|---|---|
| | State the term remaining | until 11/1/2016 | |
| | List the contract number of any government contract | | Reid Dabney, 2941 Burdeck Dr, Oakland TX 94602 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | employment contract | |
|---|---|---|---|
| | State the term remaining | 5/19/2018 | |
| | List the contract number of any government contract | | Arben Kane, 77 Ho'okele Str #101, Kahului HI 96732 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Prder | |
|---|---|---|---|
| | State the term remaining | $29,643.75 | |
| | List the contract number of any government contract | | Tailored Shared Services LLC, 6380 Rodgerdale Road Houston, TX 77072 |

**Fill in this information to identify the case:**

Debtor name __Code Rebel Corporation__

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | Thomas Moreno | PO Box 9545 <br> Street <br> The Woodlands, TX 77387 <br> City    State    Zip Code | | Chase  Mastercard | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City    State    Zip Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City    State    Zip Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City    State    Zip Code | | | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Code Rebel Corporation___

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

   | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From 1/1/2016<br>MM/DD/YYYY | to Filing Date | ☑ Operating a business<br>☐ Other _____ | $ 255,860.55 |
   | For prior year: | From 1/1/2015<br>MM/DD/YYYY | to Filing Date | ☑ Operating a business<br>☐ Other _____ | $ 779,080.92 |
   | For the year before that: | From 1/1/2014<br>MM/DD/YYYY | to Filing Date | ☑ Operating a business<br>☐ Other _____ | $ 436,044.97 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From | to Filing Date<br>MM/DD/YYYY | _____ | $ _____ |
   | For prior year: | From | to Filing Date<br>MM/DD/YYYY | _____ | $ _____ |
   | For the year before that: | From | to Filing Date<br>MM/DD/YYYY | _____ | $ _____ |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **Code Rebel Corporation**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

3.
        see Exhibit [E]

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other_____

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

4.              see Exhibit [F]

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | Last 4 digits of account number: _____ | | |

**Part 3:  Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7.
            See Exhibit [G]

Status of case
☐ Pending
☐ On appeal
☐ Concluded

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    **Code Rebel Corporation** _____    Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and Address | Describe the property | Value |
| --- | --- | --- |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9. | | | | |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor _____ **Code Rebel Corporation** _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11. | **Shierkatz RLLP** | | | |
| | 930 Montgomery Street 6th Floor, San Francisco, CA 94133 | | 05/17/2016 | $2,623.50 |
| | Email or website address mshier@shierkatz.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Trustee** | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13. | **Aegis Identity Software** | unsecured note | | |
| | 750 West Hampden Avenue Suite 500, Englewood, CO 80110 | | 01/15/16 | $500,000.00 |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To | |
|---|---|---|---|---|
| 14. | 89 Ho'okele Street Kahului, HI 96732 | | 2009-2014 | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Code Rebel Corporation**                              Case number *(if known)*

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1 | | | |
| | *Facility name* | | |
| | *Street* | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | *City      State      Zip Code* | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☐ Yes. Fill in below:
Name of plan

Employer identification number of the plan
EIN:

Has the plan been terminated?
☐ No
☐ Yes

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | JP Morgan Chase Bank<br>PO Box 659754<br>San Antonio, TX 78265-9754 | xxxx-  7950 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | 3/31/2016 | $237.26 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    Code Rebel Corporation                                           Case number *(if known)*

case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | | | ☐ On appeal |
| | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Code Rebel Corporation**                                    Case number *(if known)*

environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25. | | **Dates business existed**<br>EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.   Petra Grimm, 77 Ho'okele Street Suite 102, Kahului, HI 96732 | 3/1/2009-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.  LICHTER, YU AND ASSOCIATES INC, 16133 VENTURA BLVD #450, LOS ANGELES, CA 91436 | |
| ANKIT CONSULTING SERVICES INC, 11 PLUSHSTONE, RANCHO SANTA MARGARTA, CA 92688 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Debtor _____ **Code Rebel Corporation** _____    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c. **books and records are kept in the office at 77 Ho'okele Suite 102, Kahului, HI 96732** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**
26d.

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27. | | |

Name and address of the person who has possession of inventory records

---

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| see Exhibit [H] | | | |

---

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas Moreno | 63 Quail Rick Place The Woodlands TX 77381 | President | 8/1/15-5/9/16 |
| Christopher R Sawicki II | 81000East Camelback Road Scottsdale, AZ 85251 | President | 7/1/15-7/31/15 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

---

Debtor    **Code Rebel Corporation**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30. | see Exhibit [F] | | | |
| | **Relationship to debtor** | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                         **Employer identification number of the parent corporation**
                                                           EIN:

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                         **Employer identification number of the parent corporation**
                                                           EIN:

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____

_____        _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

### United States Bankruptcy Court
#### District of Delaware

In re     Code Rebel Corporation _____     Case No. _____

                                             Debtor(s)          Chapter _____

## VERIFICATION OF CREDITOR MATRIX

I, the _____ of the _____ named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     05/18/2016 _____

                                 Signer/Title     Arben Kane / CEO

## United States Bankruptcy Court
### District of Delaware

In re ___Code Rebel Corporation_____
                                        Debtor(s)

Case No. _____
Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☒ None [*Check if applicable*]

5/18/2016
Date

_____
Signature of Attorney or Litigant
Counsel for _____

Code Rebel Corporation                                                Exhibit [A]

3. Checking Accounts

|      |                        |                   |      |    |           |
|------|------------------------|-------------------|------|----|-----------|
| 3.1  | American Savings Bank  | business checking | 8730 | $  | 18,766.14 |
| 3.2  | Ciry National Bank     | business checking | 9164 | $  | 836.22    |
| 3.3  | American Savings Bank  | business checking | 8725 | $  | 144.99    |
| 3.4  | First Hawaiian Bank    | business checking | 2165 | $  | 1,091.04  |
| 3.5  | Origin Bank            | business checking | 2229 | $  | 6,293.83  |
| 3.6  | Chase Bank             | business checking | 6900 | $  | 378.33    |
|      | Total                  |                   |      | $  | 27,510.55 |

Code Rebel Corporation          Exhibit [B]

8. Prepayments:

| Name | Description | Period | Amount/Period | Amount paid | Prepaid Amount |
|------|-------------|--------|--------------:|------------:|---------------:|
| The Hartford Insurance | ThinOps Liability | 4/14/16-4/14/17 | $ 449.00 | $ 112.50 | $ 69.20 |
| Nasdaq | Annual Listing Fee | Year 2016 | $ 55,000.00 | $ 55,000.00 | $ 32,083.33 |
| SEC Connect | SEC Filing Fees | 11/18/15-11/18/16 | $ 6,500.00 | $ 6,500.00 | $ 3,236.65 |
| Market Wired Inc | Press Releases | 10 Press Releases | $ 9,500.00 | $ 9,500.00 | $ 3,800.00 |
| Wall Street Analyst | Advertising | 4/1/16-4/1/16 | $ 6,850.00 | $ 6,850.00 | $ 5,053.28 |
| MacPractis Inc | License | 7/2/15-7/2/16 | $ 1,200.00 | $ 1,200.00 | $ 145.48 |
| | | | | | |
| The Hartford Insurance | Work Comp California and Texas | 4/6/16-4/6/17 | $ 739.00 | $ 739.00 | $ 641.82 |
| State Farm | Code Rebel Liability | 11/10/15-11/10/16 | $ 300.00 | $ 300.00 | $ 142.81 |
| | | | | | |
| State Farm Speciality Products | E&O Insurance | 11/10/15-11/10/16 | $ 1,941.00 | $ 1,941.00 | $ 928.18 |
| First Comp Insurance | Work Comp Hawaii | 11/17/15-11/17/16 | $ 225.00 | $ 225.00 | $ 111.42 |
| | | | | | $ 46,212.17 |

Code Rebel Corporation                                          Exhibit [C]


| Nature of Claim | Amount Requested |
|---|---|
| Potential Contract Claim against Tom Moreno | $ 670,370.89 |
| Potential Contract Claim against Thorsdale | $ 600,000.00 |
| total | $ 1,270,370.89 |

Code Rebel Corporation                                      Exhibit [D]

| Nonpriority creditor's name and mailing address | Dates debt was incurred | last 4 digits of account number | As of the Petition filing date the claim is | Basis for the claim | Is the claim subject to offset | Amount of claim |
|---|---|---|---|---|---|---|
| Chase PO Box 15123 Wilmington, DE 19850-5123 | 5/9/2016 | 7599 | | Balance on MasterCard | No | $ 44,100.08 |
| Continental Stock Transfer & Trust Company 17 Battery Place, New York, NY 10004 | 4/30/16 | C398 | | Stock Transfer Agent | No | $ 667.61 |
| DLA  Piper 1251 Avenue of the Americas, 27th Floor New York, NY 10020-1104 | 3/7/16 | 393948-000001 | | Legal | No | $ 81,631.50 |
| FASB PO Box 418272 Boston, MA 02241-8272 | 4/29/16 | F-291715-163 | | Accounting | No | $ 100.00 |
| Herrick, Feinstein LLP Two Park Avenue. New York, NY 10016 | 2/22/16, 3/22/16, 4/19/16, 5/18/16 | 18222 | | Legal | No | $ 290,000.00 |
| Olshan Frome Wolosky LLP Park Avenue Tower, 65 East 55th Street, New York, NY 10022 | 4/13/16, 5/9/216 | 010146 | | Legal | No | $ 35,360.34 |
| OmniVere, 208 South LaSalle Suite 1550, Chicago, IL 60604 | 4/1/16, 4/30/16 | N/A | | Consulting | No | $ 6,496.50 |
| Oppenheimer & Co, Inc 85 Broad Street, 4th Floor, New York, NY 10004 | 3/11/16 | N/A | | Consulting | No | $ 400,000.00 |
| PCAOB Po Box 418631 Boston, MA 02241-8631 | 4/29/16 | N/A | | Accounting | No | $ 1,300.00 |

859,656.03

5:24 PM
05/17/16
Accrual Basis

Case 16-11236-BLS   Doc 91   Filed 05/18/16   Page 37 of 43

Transactions by Account
As of May 18, 2016

Code Rebel Corporation     Exhibit [E]

| Creditor's Name | Creditor's Address | Dates | Total Amount of Value | Reasons for payment |
|---|---|---|---|---|
| Galarza, Victor | Victor A. Galarza | 03/01/2016 | -8,460.00 | Services |
| Galarza, Victor | 1018 Viento Point | 03/19/2016 | -4,410.00 | Services |
| Galarza, Victor | San Antonio, TX 78260 | 03/21/2016 | -3,870.00 | Services |
| Galarza, Victor | | 03/31/2016 | -8,100.00 | Services |
| Galarza, Victor | | 04/15/2016 | -7,830.00 | Services |
| Galarza, Victor | | 04/29/2016 | -7,290.00 | Services |
| Galarza, Victor | | 05/16/2016 | -7,740.00 | Services |
| Galarza, Victor | | 05/16/2016 | -13,860.00 | Services |
| **Galarza, Victor Total** | | | **-61,560.00** | Services |
| Mainstream Virtualization LLC | Mainstream Virtualization LLC | 03/01/2016 | -4,650.00 | Services |
| Mainstream Virtualization LLC | 18519 Royal Haven Lane | 03/15/2016 | -6,930.08 | Services |
| Mainstream Virtualization LLC | Cypress, TX 77433 | 03/31/2016 | -6,000.00 | Services |
| Mainstream Virtualization LLC | | 04/15/2016 | -4,950.00 | Services |
| Mainstream Virtualization LLC | | 04/29/2016 | -4,800.00 | Services |
| Mainstream Virtualization LLC | | 05/16/2016 | -4,800.00 | Services |
| Mainstream Virtualization LLC | | 05/16/2016 | -12,825.00 | Services |
| **Mainstream Virtualization LLC Total** | | | **-44,955.08** | Services |
| MLR Technologies | MLR Technologies | 03/02/2016 | -845.00 | Services |
| MLR Technologies | 16715 Mackenzi Mesa Dr. | 03/15/2016 | -2,080.00 | Services |
| MLR Technologies | Spring, TX 77379 | 03/31/2016 | -845.00 | Services |
| MLR Technologies | | 04/15/2016 | -780.00 | Services |
| MLR Technologies | | 04/29/2016 | -130.00 | Services |
| MLR Technologies | | 05/16/2016 | -195.00 | Services |
| **MLR Technologies Total** | | | **-4,875.00** | Services |
| Shackelford, Jon | Jon Shackelford | 03/01/2016 | -3,906.59 | Services |
| Shackelford, Jon | 16635 Lake Aquilla Lane. | 03/15/2016 | -3,906.59 | Services |
| Shackelford, Jon | Houston, TX 77044 | 03/31/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 04/15/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 04/29/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 05/16/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 05/16/2016 | -1,081.80 | Services |
| Shackelford, Jon | | 03/15/2016 | -2,262.68 | Services |
| **Shackelford, Jon Total** | | | **-26,784.02** | Services |
| Sky Helm,LLC | Sky Helm,LLC | 03/01/2016 | -3,890.00 | Services |
| Sky Helm,LLC | 2639 Winding Creek Way | 03/15/2016 | -2,060.00 | Services |
| Sky Helm,LLC | Conroe, TX 77385 | 03/31/2016 | -850.00 | Services |
| Sky Helm,LLC | | 04/15/2016 | -807.50 | Services |
| Sky Helm,LLC | | 04/29/2016 | -616.25 | Services |
| **Sky Helm,LLC Total** | | | **-8,223.75** | **Services** |
| Wilson, Bonnie | Bonnie Wilson | 03/01/2016 | -1,280.00 | Services |
| Wilson, Bonnie | P.O Box 8286 | 03/15/2016 | -1,280.00 | Services |
| Wilson, Bonnie | The Woodlands, TX 77387 | 03/31/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 04/15/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 04/29/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 05/16/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 05/16/2016 | -354.00 | Services |
| **Wilson, Bonnie Total** | | | **-8,034.00** | Services |
| Aegis | Aegis Identy Software, Inc. | 03/11/2016 | -46,448.00 | Unsecured Loan |
| Aegis | 750 West Hampden Avenue Suite 500 | 04/11/2016 | -75,000.00 | Unsecured Loan |

5:24 PM
05/17/16
Accrual Basis

Case 16-11236-BLS   Doc 1   Filed 05/18/16   Page 38 of 43

# Transactions by Account
### As of May 18, 2016

| | | | | |
|---|---|---|---|---|
| Aegis Total | Englewood, CO 80110 | | -121,448.00 | Unsecured Loan |
| American Capital Ventures, Inc | American Capital Ventures, Inc. | 02/24/2016 | -6,000.00 | Services |
| American Capital Ventures, Inc | 1507 N.E. 194th Street | 04/14/2016 | -6,000.00 | Services |
| American Capital Ventures, Inc | North Miami Beach, FL 33179 | 05/10/2016 | -6,000.00 | Services |
| American Capital Ventures, Inc Total | | | -18,000.00 | Services |
| Ankit Consulting Services Inc | Ankit Consulting Services Inc | 04/14/2016 | -4,250.00 | Services |
| Ankit Consulting Services Inc | 11 Plushstone | 05/13/2016 | -3,500.00 | Services |
| Ankit Consulting Services Inc Total | Rancho Santa Margarita, CA 92688 | | -7,750.00 | Services |
| Herrick, Feinstein LLP | Herrick, Feinstein LLP | 02/22/2016 | 0.00 | Services |
| Herrick, Feinstein LLP | 2 Park Avenue, 21st Floor | 03/11/2016 | -50,000.00 | Services |
| Herrick, Feinstein LLP | New York, NY 10016 | 03/31/2016 | 0.00 | Services |
| Herrick, Feinstein LLP | | 05/09/2016 | -50,000.00 | Services |
| Herrick, Feinstein LLP | | 05/17/2016 | -335.00 | Services |
| Herrick, Feinstein LLP Total | | | -100,335.00 | Services |
| Lichter, Yu and Associates, Inc. | Lichter, Yu and Associates, Inc. | 04/14/2016 | -33,113.95 | Services |
| Lichter, Yu and Associates, Inc. | 16133 Ventura Blvd. Suite 450 | 05/13/2016 | -10,300.00 | Services |
| Lichter, Yu and Associates, Inc. Total | Los Angeles, CA 91436 | | -43,413.95 | Services |
| Oppenheimer | Oppenheimer & Co, Inc. | 04/13/2016 | -100,000.00 | Services |
| Oppenheimer Total | 85 Broad Street 23rd Floor | | -100,000.00 | Services |
| | New York, NY 10004 | | | |
| Premium Assignment | Premium Assignment Corporation | 02/18/2016 | -14,466.49 | Services |
| Premium Assignment | PO Box 8000 | 03/18/2016 | -14,466.49 | Services |
| Premium Assignment Total | Tallahassee FL 32314-8000 | | -28,932.98 | Services |
| Walden Macht & Haran LLP | Walden Macht & Haran LLP | 05/17/2016 | -50,000.00 | Services |
| Walden Macht & Haran LLP Total | 1 Broadway 6th Floor | | -50,000.00 | Services |
| | New York, NY 10004 | | | |
| Wellfleet Partners, Inc | Wellfleet Partners, Inc | 04/25/2016 | -9,500.00 | Services |
| Wellfleet Partners, Inc Total | 1 Penn Plaza, Suite 2411 | | -9,500.00 | Services |
| | New York, NY 10119 | | | |
| Google ADWS7224312265 | Google Inc | 02/19/2016 | -500.00 | Services |
| Google ADWS7224312265 | Department No 33654 | 02/21/2016 | -500.00 | Services |
| Google ADWS7224312265 | PO Box 39000 | 02/22/2016 | -500.00 | Services |
| Google ADWS7224312265 | San Francisco, CA 94139-3181 | 02/24/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 02/26/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 02/28/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/01/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/03/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/04/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/05/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/09/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/11/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/24/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 04/26/2016 | -446.55 | Services |
| Google ADWS7224312265 Total | | | -6,946.55 | Services |
| Olshan | Olshan Frome Wolosky LLP | 03/25/2016 | -57,371.03 | Services |
| Olshan Total | 65 East 55th Street | | -57,371.03 | Services |
| | New York, NY 10022 | | | |
| Wall Street Analyst LLC | The Wall Street Analyst, LLC | 03/30/2016 | -6,850.00 | Services |

5:24 PM
05/17/16
Accrual Basis

Case 16-11236-BLS ThinOps Resources/LQ.6   Page 39 of 43

**Transactions by Account**
As of May 18, 2016

| | | | | |
|---|---|---|---|---|
| **Wall Street Analyst LLC Total** | 425 61st St Suite 4C<br>New York, New York 11220 | | -6,850.00 | Services |
| BlueCross BlueShield of Texas | BlueCross BlueShield of Texas | 03/08/2016 | -2,140.79 | Services |
| BlueCross BlueShield of Texas | Health Care Service Corp | 04/08/2016 | -2,140.79 | Services |
| BlueCross BlueShield of Texas | PO Box 731428 | 04/12/2016 | -1,480.18 | Services |
| BlueCross BlueShield of Texas | Dallas, TX 75373-1428 | 05/01/2016 | -2,411.21 | Services |
| **BlueCross BlueShield of Texas Total** | | | **-8,172.97** | **Services** |
| Bump Networks | Bump Networks, Inc | 05/10/2016 | -42,336.17 | Services |
| Bump Networks | 77 Ho'okele Street Suite 102 | 04/11/2016 | 0.00 | Services |
| Bump Networks | Kahului, HI 96732 | 05/16/2016 | -38,853.78 | Services |
| Bump Networks | | 03/03/2016 | -50,000.00 | unsecured loan repayment |
| Bump Networks | | 04/11/2016 | -123,552.66 | 43,653.35 unsecured loan repayment and 79,899.31 Services |
| Bump Networks | | 03/11/2016 | -20,000.00 | unsecured loan repayment |
| **Bump Networks Total** | | | **-274,742.61** | **Services** |
| EDD | Employment Development Department | 03/04/2016 | -1,568.96 | Payroll Taxes |
| EDD | PO Box 826880 MIC 4 | 04/07/2016 | -1,568.96 | Payroll Taxes |
| EDD | Sacramento, CA 94280-0001 | 05/02/2016 | -245.00 | Payroll Taxes |
| EDD | | 05/04/2016 | -1,568.96 | Payroll Taxes |
| EDD | | 05/18/2016 | -1,568.96 | Payroll Taxes |
| **EDD Total** | | | **-6,520.84** | **Payroll Taxes** |
| United States Treasury | Department of the Treasury | 02/19/2016 | -4,186.12 | Payroll Taxes |
| United States Treasury | Internal Revenue Service | 03/04/2016 | -9,244.62 | Payroll Taxes |
| United States Treasury | Ogden, UT 84409 | 03/21/2016 | -4,186.12 | Payroll Taxes |
| United States Treasury | | 04/06/2016 | -9,244.64 | Payroll Taxes |
| United States Treasury | | 04/20/2016 | -4,186.12 | Payroll Taxes |
| United States Treasury | | 04/30/2016 | -162.00 | Payroll Taxes |
| United States Treasury | | 05/04/2016 | -9,244.62 | Payroll Taxes |
| United States Treasury | | 05/17/2016 | -7,778.90 | Payroll Taxes |
| United States Treasury | | 05/17/2016 | -111.00 | Payroll Taxes |
| **United States Treasury Total** | | | **-48,344.14** | **Payroll Taxes** |

## Transactions by Account
### As of May 18, 2016

Code Rebel Corporation          Exhibit [F]                    Exhibit F

| Insider's name | Insider's address | Insider Relationship to debtor | Dates | Total Amount of Value | Reasons for payment or transfer |
|---|---|---|---|---|---|
| Arben Kryeziu | 77 Ho'okele Street Suite 101 | Chairman and Chief Executive Officer | 05/29/2015 | 1,630.98 | Paycheck |
| Arben Kryeziu | Kahului, HI 96732 | | 06/30/2015 | 1,630.98 | Paycheck |
| Arben Kryeziu | | | 07/31/2015 | 1,630.98 | Paycheck |
| Arben Kryeziu | | | 08/31/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 09/30/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 10/30/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 11/30/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 12/31/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 01/29/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 02/29/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 03/31/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 04/29/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 05/18/2016 | 1,018.78 | Paycheck |
| **Arben Kryeziu Total** | | | | **19,937.49** | |
| Reid D Dabney | 2941 Burdeck Drive | Chief Financials Officer and Secretary | 05/18/2016 | 218.08 | travel reimbursement |
| Reid D Dabney | Oakland, CA 94602 | | 05/29/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 06/30/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 07/31/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 08/31/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 09/30/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 10/30/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 11/30/2015 | 1,876.99 | Paycheck |
| Reid D Dabney | | | 12/31/2015 | 1,876.88 | Paycheck |
| Reid D Dabney | | | 01/29/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 02/29/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 03/31/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 04/29/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 05/18/2016 | 1,881.29 | Paycheck |
| **Reid D Dabney Total** | | | | **16,177.40** | |
| Thomas M Moreno | 63 Quail Rock Place | President | 07/31/2015 | 670,370.89 | sold ThinOps Resources LLC to debtor |
| Thomas M Moreno | The Woodlands, TX 77381 | | 08/18/2015 | 2,430.37 | Paycheck |
| Thomas M Moreno | | | 08/31/2015 | 7,273.00 | Paycheck |
| Thomas M Moreno | | | 09/15/2015 | 4,495.00 | Paycheck |
| Thomas M Moreno | | | 09/30/2015 | 7,273.00 | Paycheck |
| Thomas M Moreno | | | 10/15/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 10/30/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 11/13/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 11/30/2015 | 7,273.00 | Paycheck |
| Thomas M Moreno | | | 12/15/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 12/31/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 01/15/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 01/29/2016 | 7,370.00 | Paycheck |
| Thomas M Moreno | | | 02/15/2016 | 7,394.00 | Paycheck |
| Thomas M Moreno | | | 02/29/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 03/15/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 03/31/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 04/15/2016 | 7,283.00 | Paycheck |
| Thomas M Moreno | | | 04/29/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 05/17/2016 | 4,466.77 | Paycheck |
| **Thomas M Moreno Total** | | | | **799,679.03** | |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | 81000 East Camelback Road | former President | 06/23/2015 | 5,024.21 | travel reimbursement |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | Scottsdale, AZ 85251 | | 07/02/2015 | 21,498.19 | Services |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | | | 07/31/2015 | 15,416.00 | Services |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | | | 08/31/2015 | 15,416.00 | Services |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | | | 09/30/2015 | 15,176.00 | Services |

6:59 PM
05/17/16
Accrual Basis

Case 16-11236-BLS   Doc 6e Rsiletd U5/18/16   Page 41 of 43

**Transactions by Account**

As of May 18, 2016

**Mr. Christopher R. Sawicki II
dba Xen Consulting Group,
LLC  Total**

72,530.40

| | | | | | |
|---|---|---|---|---|---|
| Volodymyr Bykov | 206 Leilani Drive #A | Vice President, Chief Technology Officer and Director, 1,500,000 shares | 05/18/2016 | 2,451.83 | Travel reimbursement |
| **Volodymyr Bykov Total** | Wailuku, HI 96793 | | | **2,451.83** | |
| James Canton | 2084 Union Street | Director | 05/18/2016 | 1,210.15 | Travel reimbursement |
| **James Canton Total** | San Francisco, CA 94123 | | | **1,210.15** | |

During the year ended December 31, 2015, the Company entered into a restricted stock award agreement with James Canton, Director , in accordance with the Company's 2014 Equity Incentive Award Plan. Pursuant to the plan, the Company agreed to award 375,000 shares of Restricted Common Stock which shall be subject to the terms and conditions and restrictions specified in the plan and agreement. The Company recorded $3,554,062 as director compensation expense for the restricted stock, representing the amount amortized for the three months ended March 31, 2016.

Reid Dabney

During the three months ended March 31, 2016, the Company entered into a stock option agreement with Reid Dabney, in accordance with the Company's 2014 Equity Incentive Award Plan. Pursuant to the plan, the Company agreed to award 400,627 optioned shares which shall be subject to the terms and conditions and restrictions specified in the plan and agreement. The Company recorded $279,965 as stock option compensation expense for the stock options for the three months ended March 31, 2016.

Code Rebel Corporation

Exhibit [G]

| Case Title, Case Number | Nature of Case | Court or Agency's name and address | Status of Case |
|---|---|---|---|
| File No. 500-1 | Order of Suspension of Trading | Securities and Exchange Commission | Pending |
| Civil Action No. 1:16-cv-03492-AT | Class Action Complaint for Violations of the Federal Securities Laws | Unites States District Court Southern District of New York | Pending |
| Multiple Additional Legal Investigations | Class Action for Violations of the Federal Securites Laws | | Pending |
| Nasdaq Delisting | | Nasdaq | Pending |

Code Rebel Corporation

Exhibit [H]

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Arben Kane | 77 Ho'okele Street Suite 101 Kahului, HI 96732 | Chairman and Chief Executive Officer and Shareholder, 1,800,000 shares | 12.7% |
| Reid Dabney | 2941 Burdeck Drive Oakland, CA 94602 | Chief Financial Officer and Secretary, 400,627 options | |
| Volodymyr Bykov | 206 Leilani Drive #A Wailuku, HI 96793 | Vice President, Chief Technology Officer and Director, 1,500,000 shares | 10.6% |
| James Canton | 2084 Union St. San Francisco, CA 94123 | Director, 375,000 of shares of restricted stock | 2.7% |
| David Dwelle | 12970 Earhart Avenue Auburn, CA 95602 | Director | |