**LIST OF CREDITORS**

Arben Kane
77 Ho'okele Street, Unit 101
Kahului, HI 96732

Bruce Huber
1012 Grey Fox Drive
Savannah, TX 76227

Continental Stock Transfer & Trust Comp
17 Battery Place
New York, NY 10004

DLA Piper
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104

FASB
PO Box 418272
Boston, MA 02241-8272

Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

JP Morgan Chase
PO Box 15123
Wilmington, DE 19850-5123

NASDAQ
One Liberty Plaza
165 Broadway
New York, NY 10006

Olshan Frome Wolosky LLP
65 East 55th Street
New York, NY 10022

OmniVere
208 South LaSalle, Suite 1550
Chicago, IL 60604

Oppenheimer & Co, Inc.
85 Broad Street, 4th Floor
New York, NY 10004

PCAOB
PO Box 418631
Boston, MA 02241-8631

```
Reid Dabney
2941 Burdeck Dr
Oakland, CA 94602

Robert Springer
c/o The Rosen Law Firm P.A.
Attn: Phillip C. Kim
275 Madison Avenue
New York, NY 10016

Securities and Exchange Commission
200 Versey Street, Suite 400
New York, NY 10281

Tailored Shared Services LLC
6380 Rodgerdale Road
Houston, TX 77072

Thomas Moreno
63 Quail Rick Place
The Woodlands, TX 77387
```