| Fill in this information to identify the case: |
|---|
| Debtor name     Code Rebel Corporation |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From | 1/1/2016<br>MM/DD/YYYY | to Filing Date | ☑ Operating a business<br>☐ Other _____ | $ 255,860.55 |
   | For prior year: | From | 1/1/2015<br>MM/DD/YYYY | to Filing Date | ☑ Operating a business<br>☐ Other _____ | $ 779,080.92 |
   | For the year before that: | From | 1/1/2014<br>MM/DD/YYYY | to Filing Date | ☑ Operating a business<br>☐ Other _____ | $ 436,044.97 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From | _____<br>MM/DD/YYYY | to Filing Date | _____ | $ _____ |
   | For prior year: | From | _____<br>MM/DD/YYYY | to Filing Date | _____ | $ _____ |
   | For the year before that: | From | _____<br>MM/DD/YYYY | to Filing Date | _____ | $ _____ |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor        Code Rebel Corporation                             Case number *(if known)*

|  | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3. | see Exhibit [E] | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

|  | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4. | see Exhibit [F] | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | Last 4 digits of account number: _____ | | |

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

|  | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7. | See Exhibit [G] | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | Code Rebel Corporation | Case number (if known) | |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9. | | | | |
| | Recipients relationship to debtor | | | |

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Code Rebel Corporation                              Case number (if known) _____

|     | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|-----|---|---|---|---|
| 11. | Shierkatz RLLP |  |  |  |
|     | 930 Montgomery Street 6th Floor, San Francisco, CA 94133 |  | 05/17/2016 | $2,623.50 |
|     | Email or website address mshier@shierkatz.com |  |  |  |
|     | Who made the payment, if not debtor? debtor |  |  |  |

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

Trustee _____

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|     | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-----|---|---|---|---|
| 13. | Aegis Identity Software | unsecured note |  |  |
|     | 750 West Hampden Avenue Suite 500, Englewood, CO 80110 |  | 01/15/16 | $500,000.00 |
|     | Relationship to debtor |  |  |  |

## Part 7:  Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|     | Address | Dates of occupancy From-To |
|-----|---|---|
| 14. | 89 Ho'okele Street Kahului, HI 96732 | 2009-2014 |

## Part 8:  Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Code Rebel Corporation**                              Case number (if known)

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 _____ Facility name | | |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: |
| City    State    Zip Code | | ☐ Electronically<br>☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

  Does the debtor have a privacy policy about that information?
  - ☐ No
  - ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ☐ Yes. Fill in below:
  
  Name of plan                                            Employer identification number of the plan
  _____                       EIN: _____

  Has the plan been terminated?
  - ☐ No
  - ☐ Yes

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18. JP Morgan Chase Bank<br>PO Box 659754<br>San Antonio, TX 78265-9754 | xxxx- 7950 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | 3/31/2016 | $237.26 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    **Code Rebel Corporation**                                         Case number *(if known)*

case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it?<br>☐ No<br>☐ Yes |

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it?<br>☐ No<br>☐ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Describe the property | Value |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case<br>☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

Debtor  __Code Rebel Corporation__                               Case number *(if known)* _____

environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|
    | 25. | | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | Date of service<br>From-To |
    |---|---|
    | 26a. Petra Grimm, 77 Ho'okele Street Suite 102, Kahului, HI 96732 | 3/1/2009-present |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

    | Name and address | Date of service<br>From-To |
    |---|---|
    | 26b. LICHTER, YU AND ASSOCIATES INC, 16133 VENTURA BLVD #450, LOS ANGELES, CA 91436<br><br>ANKIT CONSULTING SERVICES INC, 11 PLUSHSTONE, RANCHO SANTA MARGARTA, CA 92688 | |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

    | Name and address | If any books of account and records are unavailable, explain why |
    |---|---|

Debtor  Code Rebel Corporation                Case number (if known)

Name and address

If any books of account and records are unavailable, explain why

26c. books and records are kept in the office at 77 Ho'okele Suite 102, Kahului, HI 96732

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**
26d.

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27. | | |

Name and address of the person who has possession of inventory records

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| see Exhibit [H] | | | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas Moreno | 63 Quail Rick Place, The Woodlands TX 77381 | President | 8/1/15-5/9/16 |
| Christopher R Sawicki II | 81000 East Camelback Road, Scottsdale, AZ 85251 | President | 7/1/15-7/31/15 |

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor __Code Rebel Corporation__    Case number (if known) _____

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30. |  | see Exhibit [F] |  |  |
|  | Relationship to debtor |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                                                     Employer Identification number of the parent corporation
                                                                                                   EIN:

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                                                     Employer Identification number of the parent corporation
                                                                                                   EIN:

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/18/2016___

_____        ___Arben Kane___
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor ___CEO___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Case 16-11236-BLS   Doc 1   Filed 05/18/16   Page 37 of 43

5:24 PM
05/17/16
Accrual Basis

## Transactions by Account
### As of May 18, 2016

Code Rebel Corporation     Exhibit [E]

| Creditor's Name | Creditor's Address | Dates | Total Amount of Value | Reasons for payment |
|---|---|---|---|---|
| Galarza, Victor | Victor A. Galarza | 03/01/2016 | -8,460.00 | Services |
| Galarza, Victor | 1018 Viento Point | 03/19/2016 | -4,410.00 | Services |
| Galarza, Victor | San Antonio, TX 78260 | 03/21/2016 | -3,870.00 | Services |
| Galarza, Victor | | 03/31/2016 | -8,100.00 | Services |
| Galarza, Victor | | 04/15/2016 | -7,830.00 | Services |
| Galarza, Victor | | 04/29/2016 | -7,290.00 | Services |
| Galarza, Victor | | 05/16/2016 | -7,740.00 | Services |
| Galarza, Victor | | 05/16/2016 | -13,860.00 | Services |
| **Galarza, Victor Total** | | | **-61,560.00** | Services |
| Mainstream Virtualization LLC | Mainstream Virtualization LLC | 03/01/2016 | -4,650.00 | Services |
| Mainstream Virtualization LLC | 18519 Royal Haven Lane | 03/15/2016 | -6,930.08 | Services |
| Mainstream Virtualization LLC | Cypress, TX 77433 | 03/31/2016 | -6,000.00 | Services |
| Mainstream Virtualization LLC | | 04/15/2016 | -4,950.00 | Services |
| Mainstream Virtualization LLC | | 04/29/2016 | -4,800.00 | Services |
| Mainstream Virtualization LLC | | 05/16/2016 | -4,800.00 | Services |
| Mainstream Virtualization LLC | | 05/16/2016 | -12,825.00 | Services |
| **Mainstream Virtualization LLC Total** | | | **-44,955.08** | Services |
| MLR Technologies | MLR Technologies | 03/02/2016 | -845.00 | Services |
| MLR Technologies | 16715 Mackenzi Mesa Dr. | 03/15/2016 | -2,080.00 | Services |
| MLR Technologies | Spring, TX 77379 | 03/31/2016 | -845.00 | Services |
| MLR Technologies | | 04/15/2016 | -780.00 | Services |
| MLR Technologies | | 04/29/2016 | -130.00 | Services |
| MLR Technologies | | 05/16/2016 | -195.00 | Services |
| **MLR Technologies Total** | | | **-4,875.00** | Services |
| Shackelford, Jon | Jon Shackelford | 03/01/2016 | -3,906.59 | Services |
| Shackelford, Jon | 16635 Lake Aquilla Lane. | 03/15/2016 | -3,906.59 | Services |
| Shackelford, Jon | Houston, TX 77044 | 03/31/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 04/15/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 04/29/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 05/16/2016 | -3,906.59 | Services |
| Shackelford, Jon | | 05/16/2016 | -1,081.80 | Services |
| Shackelford, Jon | | 03/15/2016 | -2,262.68 | Services |
| **Shackelford, Jon Total** | | | **-26,784.02** | Services |
| Sky Helm, LLC | Sky Helm, LLC | 03/01/2016 | -3,890.00 | Services |
| Sky Helm, LLC | 2639 Winding Creek Way | 03/15/2016 | -2,060.00 | Services |
| Sky Helm, LLC | Conroe, TX 77385 | 03/31/2016 | -850.00 | Services |
| Sky Helm, LLC | | 04/15/2016 | -807.50 | Services |
| Sky Helm, LLC | | 04/29/2016 | -616.25 | Services |
| **Sky Helm, LLC Total** | | | **-8,223.75** | **Services** |
| Wilson, Bonnie | Bonnie Wilson | 03/01/2016 | -1,280.00 | Services |
| Wilson, Bonnie | P.O Box 8286 | 03/15/2016 | -1,280.00 | Services |
| Wilson, Bonnie | The Woodlands, TX 77387 | 03/31/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 04/15/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 04/29/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 05/16/2016 | -1,280.00 | Services |
| Wilson, Bonnie | | 05/16/2016 | -354.00 | Services |
| **Wilson, Bonnie Total** | | | **-8,034.00** | Services |
| Aegis | Aegis Identy Software, Inc. | 03/11/2016 | -46,448.00 | Unsecured Loan |
| Aegis | 750 West Hampden Avenue Suite 500 | 04/11/2016 | -75,000.00 | Unsecured Loan |

5:24 PM
05/17/16
Accrual Basis

## Transactions by Account
### As of May 18, 2016

| Account | Name/Address | Date | Amount | Type |
|---|---|---|---|---|
| Aegis Total | Englewood, CO 80110 | | -121,448.00 | Unsecured Loan |
| American Capital Ventures, Inc | American Capital Ventures, Inc. | 02/24/2016 | -6,000.00 | Services |
| American Capital Ventures, Inc | 1507 N.E. 194th Street | 04/14/2016 | -6,000.00 | Services |
| American Capital Ventures, Inc | North Miami Beach, FL 33179 | 05/10/2016 | -6,000.00 | Services |
| American Capital Ventures, Inc Total | | | -18,000.00 | Services |
| Ankit Consulting Services Inc | Ankit Consulting Services Inc | 04/14/2016 | -4,250.00 | Services |
| Ankit Consulting Services Inc | 11 Plushstone | 05/13/2016 | -3,500.00 | Services |
| Ankit Consulting Services Inc Total | Rancho Santa Margarita, CA 92688 | | -7,750.00 | Services |
| Herrick, Feinstein LLP | Herrick, Feinstein LLP | 02/22/2016 | 0.00 | Services |
| Herrick, Feinstein LLP | 2 Park Avenue, 21st Floor | 03/11/2016 | -50,000.00 | Services |
| Herrick, Feinstein LLP | New York, NY 10016 | 03/31/2016 | 0.00 | Services |
| Herrick, Feinstein LLP | | 05/09/2016 | -50,000.00 | Services |
| Herrick, Feinstein LLP | | 05/17/2016 | -335.00 | Services |
| Herrick, Feinstein LLP Total | | | -100,335.00 | Services |
| Lichter, Yu and Associates, Inc. | Lichter, Yu and Associates, Inc. | 04/14/2016 | -33,113.95 | Services |
| Lichter, Yu and Associates, Inc. | 16133 Ventura Blvd. Suite 450 | 05/13/2016 | -10,300.00 | Services |
| Lichter, Yu and Associates, Inc. Total | Los Angeles, CA 91436 | | -43,413.95 | Services |
| Oppenheimer | Oppenheimer & Co, Inc. | 04/13/2016 | -100,000.00 | Services |
| Oppenheimer Total | 85 Broad Street 23rd Floor | | -100,000.00 | Services |
| | New York, NY 10004 | | | |
| Premium Assignment | Premium Assignment Corporation | 02/18/2016 | -14,466.49 | Services |
| Premium Assignment | PO Box 8000 | 03/18/2016 | -14,466.49 | Services |
| Premium Assignment Total | Tallahassee FL 32314-8000 | | -28,932.98 | Services |
| Walden Macht & Haran LLP | Walden Macht & Haran LLP | 05/17/2016 | -50,000.00 | Services |
| Walden Macht & Haran LLP Total | 1 Broadway 6th Floor | | -50,000.00 | Services |
| | New York, NY 10004 | | | |
| Wellfleet Partners, Inc | Wellfleet Partners, Inc | 04/25/2016 | -9,500.00 | Services |
| Wellfleet Partners, Inc Total | 1 Penn Plaza, Suite 2411 | | -9,500.00 | Services |
| | New York, NY 10119 | | | |
| Google ADWS7224312265 | Google Inc | 02/19/2016 | -500.00 | Services |
| Google ADWS7224312265 | Department No 33654 | 02/21/2016 | -500.00 | Services |
| Google ADWS7224312265 | PO Box 39000 | 02/22/2016 | -500.00 | Services |
| Google ADWS7224312265 | San Francisco, CA 94139-3181 | 02/24/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 02/26/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 02/28/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/01/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/03/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/04/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/05/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/09/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/11/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 03/24/2016 | -500.00 | Services |
| Google ADWS7224312265 | | 04/26/2016 | -446.55 | Services |
| Google ADWS7224312265 Total | | | -6,946.55 | Services |
| Olshan | Olshan Frome Wolosky LLP | 03/25/2016 | -57,371.03 | Services |
| Olshan Total | 65 East 55th Street | | -57,371.03 | Services |
| | New York, NY 10022 | | | |
| Wall Street Analyst LLC | The Wall Street Analyst, LLC | 03/30/2016 | -6,850.00 | Services |

5:24 PM
05/17/16
Accrual Basis

**ThinOps Resources, LLC**
**Transactions by Account**
As of May 18, 2016

| | | | | |
|---|---|---|---|---|
| Wall Street Analyst LLC Total | 425 61st St Suite 4C<br>New York, New York 11220 | | -6,850.00 | Services |
| BlueCross BlueShield of Texas | BlueCross BlueShield of Texas | 03/08/2016 | -2,140.79 | Services |
| BlueCross BlueShield of Texas | Health Care Service Corp | 04/08/2016 | -2,140.79 | Services |
| BlueCross BlueShield of Texas | PO Box 731428 | 04/12/2016 | -1,480.18 | Services |
| BlueCross BlueShield of Texas | Dallas, TX 75373-1428 | 05/01/2016 | -2,411.21 | Services |
| BlueCross BlueShield of Texas Total | | | -8,172.97 | Services |
| Bump Networks | Bump Networks, Inc | 05/10/2016 | -42,336.17 | Services |
| Bump Networks | 77 Ho'okele Street Suite 102 | 04/11/2016 | 0.00 | Services |
| Bump Networks | Kahului, HI 96732 | 05/16/2016 | -38,853.78 | Services |
| Bump Networks | | 03/03/2016 | -50,000.00 | unsecured loan repayment |
| Bump Networks | | 04/11/2016 | -123,552.66 | 43,653.35 unsecured loan repayment and 79,899.31 Services |
| Bump Networks | | 03/11/2016 | -20,000.00 | unsecured loan repayment |
| Bump Networks Total | | | -274,742.61 | Services |
| EDD | Employment Development Department | 03/04/2016 | -1,568.96 | Payroll Taxes |
| EDD | PO Box 826880 MIC 4 | 04/07/2016 | -1,568.96 | Payroll Taxes |
| EDD | Sacramento, CA 94280-0001 | 05/02/2016 | -245.00 | Payroll Taxes |
| EDD | | 05/04/2016 | -1,568.96 | Payroll Taxes |
| EDD | | 05/18/2016 | -1,568.96 | Payroll Taxes |
| EDD Total | | | -6,520.84 | Payroll Taxes |
| United States Treasury | Department of the Treasury | 02/19/2016 | -4,186.12 | Payroll Taxes |
| United States Treasury | Internal Revenue Service | 03/04/2016 | -9,244.62 | Payroll Taxes |
| United States Treasury | Ogden, UT 84409 | 03/21/2016 | -4,186.12 | Payroll Taxes |
| United States Treasury | | 04/06/2016 | -9,244.64 | Payroll Taxes |
| United States Treasury | | 04/20/2016 | -4,186.12 | Payroll Taxes |
| United States Treasury | | 04/30/2016 | -162.00 | Payroll Taxes |
| United States Treasury | | 05/04/2016 | -9,244.62 | Payroll Taxes |
| United States Treasury | | 05/17/2016 | -7,778.90 | Payroll Taxes |
| United States Treasury | | 05/17/2016 | -111.00 | Payroll Taxes |
| United States Treasury Total | | | -48,344.14 | Payroll Taxes |

6:59 PM
05/17/16
Accrual Basis

**Code Rebel, LLC**
**Transactions by Account**
As of May 18, 2016

Code Rebel Corporation    Exhibit [F]    Exhibit F

| Insider's name | Insider's address | Insider Relationship to debtor | Dates | Total Amount of Value | Reasons for payment or transfer |
|---|---|---|---|---|---|
| Arben Kryeziu | 77 Ho'okele Street Suite 101 Kahului, HI 96732 | Chairman and Chief Executive Officer | 05/29/2015 | 1,630.98 | Paycheck |
| Arben Kryeziu | | | 06/30/2015 | 1,630.98 | Paycheck |
| Arben Kryeziu | | | 07/31/2015 | 1,630.98 | Paycheck |
| Arben Kryeziu | | | 08/31/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 09/30/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 10/30/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 11/30/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 12/31/2015 | 1,501.17 | Paycheck |
| Arben Kryeziu | | | 01/29/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 02/29/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 03/31/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 04/29/2016 | 1,629.98 | Paycheck |
| Arben Kryeziu | | | 05/18/2016 | 1,018.78 | Paycheck |
| **Arben Kryeziu Total** | | | | **19,937.49** | |
| Reid D Dabney | 2941 Burdeck Drive Oakland, CA 94602 | Chief Financials Officer and Secretary | 05/18/2016 | 218.08 | travel reimbursement |
| Reid D Dabney | | | 05/29/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 06/30/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 07/31/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 08/31/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 09/30/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 10/30/2015 | 466.50 | Paycheck |
| Reid D Dabney | | | 11/30/2015 | 1,876.99 | Paycheck |
| Reid D Dabney | | | 12/31/2015 | 1,876.88 | Paycheck |
| Reid D Dabney | | | 01/29/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 02/29/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 03/31/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 04/29/2016 | 1,881.29 | Paycheck |
| Reid D Dabney | | | 05/18/2016 | 1,881.29 | Paycheck |
| **Reid D Dabney Total** | | | | **16,177.40** | |
| Thomas M Moreno | 63 Quail Rock Place The Woodlands, TX 77381 | President | 07/31/2015 | 670,370.89 | sold ThinOps Resources LLC to debtor |
| Thomas M Moreno | | | 08/18/2015 | 2,430.37 | Paycheck |
| Thomas M Moreno | | | 08/31/2015 | 7,273.00 | Paycheck |
| Thomas M Moreno | | | 09/15/2015 | 4,495.00 | Paycheck |
| Thomas M Moreno | | | 09/30/2015 | 7,273.00 | Paycheck |
| Thomas M Moreno | | | 10/15/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 10/30/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 11/13/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 11/30/2015 | 7,273.00 | Paycheck |
| Thomas M Moreno | | | 12/15/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 12/31/2015 | 7,402.00 | Paycheck |
| Thomas M Moreno | | | 01/15/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 01/29/2016 | 7,370.00 | Paycheck |
| Thomas M Moreno | | | 02/15/2016 | 7,394.00 | Paycheck |
| Thomas M Moreno | | | 02/29/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 03/15/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 03/31/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 04/15/2016 | 7,283.00 | Paycheck |
| Thomas M Moreno | | | 04/29/2016 | 7,408.00 | Paycheck |
| Thomas M Moreno | | | 05/17/2016 | 4,466.77 | Paycheck |
| **Thomas M Moreno Total** | | | | **799,679.03** | |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | 81000 East Camelback Road Scottsdale, AZ 85251 | former President | 06/23/2015 | 5,024.21 | travel reimbursement |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | | | 07/02/2015 | 21,498.19 | Services |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | | | 07/31/2015 | 15,416.00 | Services |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | | | 08/31/2015 | 15,416.00 | Services |
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC | | | 09/30/2015 | 15,176.00 | Services |

**Google Related LLC**
**Transactions by Account**
As of May 18, 2016

| | | | | | |
|---|---|---|---|---|---|
| Mr. Christopher R. Sawicki II dba Xen Consulting Group, LLC Total | | | | 72,530.40 | |
| Volodymyr Bykov | 206 Leilani Drive #A Wailuku, HI 96793 | Vice President, Chief Technology Officer and Director, 1,500,000 shares | 05/18/2016 | 2,451.83 | Travel reimbursement |
| **Volodymyr Bykov Total** | | | | **2,451.83** | |
| James Canton | 2084 Union Street San Francisco, CA 94123 | Director | 05/18/2016 | 1,210.15 | Travel reimbursement |
| **James Canton Total** | | | | **1,210.15** | |

During the year ended December 31, 2015, the Company entered into a restricted stock award agreement with James Canton, Director, in accordance with the Company's 2014 Equity Incentive Award Plan. Pursuant to the plan, the Company agreed to award 375,000 shares of Restricted Common Stock which shall be subject to the terms and conditions and restrictions specified in the plan and agreement. The Company recorded $3,554,062 as director compensation expense for the restricted stock, representing the amount amortized for the three months ended March 31, 2016.

Reid Dabney

During the three months ended March 31, 2016, the Company entered into a stock option agreement with Reid Dabney, in accordance with the Company's 2014 Equity Incentive Award Plan. Pursuant to the plan, the Company agreed to award 400,627 optioned shares which shall be subject to the terms and conditions and restrictions specified in the plan and agreement. The Company recorded $279,965 as stock option compensation expense for the stock options for the three months ended March 31, 2016.

Code Rebel Corporation — Exhibit [G]

| Case Title, Case Number | Nature of Case | Court or Agency's name and address | Status of Case |
| --- | --- | --- | --- |
| File No. 500-1 | Order of Suspension of Trading | Securities and Exchange Commission | Pending |
| Civil Action No. 1:16-cv-03492-AT | Class Action Complaint for Violations of the Federal Securities Laws | Unites States District Court Southern District of New York | Pending |
| Multiple Additional Legal Investigations | Class Action for Violations of the Federal Securites Laws | | Pending |
| Nasdaq Delisting | | Nasdaq | Pending |

Code Rebel Corporation                                    Exhibit [H]

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Arben Kane | 77 Ho'okele Street Suite 101 Kahului, HI 96732 | Chairman and Chief Executive Officer and Shareholder, 1,800,000 shares | 12.7% |
| Reid Dabney | 2941 Burdeck Drive Oakland, CA 94602 | Chief Financial Officer and Secretary, 400,627 options | |
| Volodymyr Bykov | 206 Leilani Drive #A Wailuku, HI 96793 | Vice President, Chief Technology Officer and Director, 1,500,000 shares | 10.6% |
| James Canton | 2084 Union St. San Francisco, CA 94123 | Director, 375,000 of shares of restricted stock | 2.7% |
| David Dwelle | 12970 Earhart Avenue Auburn, CA 95602 | Director | |