STEPHEN C. TINGEY (Utah Bar No. 4424)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
   E-mail: stingey@rqn.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In re:<br><br>CODE REBEL CORPORATION,<br><br>Debtor. | Case No. 16-11236<br><br>(Chapter 7) |
|---|---|

### SPECIAL REQUEST FOR NOTICE

    Stephen C. Tingey of the firm of Ray Quinney & Nebeker P.C., hereby requests that he receive notice on all future hearings, copies of all pleadings and mailings in the above-captioned case whether sent by the Court, the Debtors, or any other party in the case. Copies should be sent or delivered via email as follows:

        Stephen C. Tingey
        **RAY QUINNEY & NEBEKER P.C.**
        36 South State Street, Suite 1400
        P.O. Box 45385
        Salt Lake City, Utah 84145-0385
        stingey@rqn.com

*Special Request for Notice*
**Case No. 16-11236**

DATED this __5th__ day of August, 2016.

RAY QUINNEY & NEBEKER P.C.

_____
Stephen C. Tingey

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2016, a true and correct copy of the foregoing SPECIAL REQUEST FOR NOTICE was mailed via first class mail, postage prepaid, addressed to:

Hanh Huynh
Stephen B. Selbst
HERRICK FEINSTEIN LLP
2 Park Avenue
New York, NY 10016

Mark E. Felger
Gregory F. Fischer
COZEN O'CONNOR
1201 N. Market Street, 10th Floor
Wilmington, DE 19801

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

1382260

3