## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                      :   Chapter 7
                                            :
CODE REBEL CORPORATION,                     :   Case No. 16-11236 (BLS)
                                            :
                     Debtor.                :   **Objection Deadline: December 1, 2016 at 4:00 p.m.**
                                            :   **Hearing Date: December 14, 2016 at 9:30 a.m.**
                                            :

### NOTICE OF FIRST INTERIM FEE AND EXPENSE APPLICATION

Name of Applicant:                          Cozen O'Connor

Authorized to Provide                       Counsel to Jeoffrey L. Burtch,
Professional Services to:                   Chapter 7 Trustee

Date of Retention:                          June 3, 2016

Period for which interim compensation
and reimbursement is sought:                June 3, 2016 through October 31, 2016

Amount of interim compensation sought
as actual, reasonable and necessary:        $118,880.00

Amount of interim expense reimbursement
sought as actual, reasonable and necessary: $380.31

This is a:        X  Interim  ____ Final Application

Prior Applications filed: N/A

PLEASE TAKE NOTICE that Cozen O'Connor (the "Applicant") has filed this First
Interim Fee and Expense Application for the Interim Period June 3, 2016 through October 31,
2016 (the "Application") pursuant to sections 330 and 331 of Title 11 of the United States Code,
11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Application, if
any, must be filed on or before **December 1, 2016 at 4:00 p.m.** (prevailing Eastern Time) (the

"Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that, if any objection is filed, a hearing on the Application will be held on **December 14, 2016 at 9:30 a.m.** before the Honorable Brendan Linehan Shannon, Chief United States Bankruptcy Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 to consider approval of the Application. All fees and expenses in connection with the preparation of the Application will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will also be subject to objection at such time.

Dated: November 8, 2016

COZEN O'CONNOR

Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: mfelger@cozen.com

*Counsel for Jeoffrey L. Burtch,*
*Chapter 7 Trustee*