IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CODE REBEL CORPORATION, | : | Case No. 16-11236 (BLS) |
| | : | |
| Debtor. | : | **Related Docket No. 28** |

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO RETAIN PRIOR
AND ASSOCIATES AS ASSET RECOVERY AGENT FOR THE LIMITED
PURPOSE OF PURSUING UNSCHEDULED ASSETS**

Upon consideration of the application (the "Application")[1] of Jeoffrey Burtch, the Chapter 7 Trustee (the "Trustee") of Code Rebel Corporation (the "Debtor"), for an order pursuant to sections 327 and 328 of title 11, United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1, authorizing him to retain Prior and Associates ("Prior") as asset recovery agents for the limited purpose of pursuing Unscheduled Assets claims on behalf of this Chapter 7 estate, and, in support of the Application and upon the affidavit of Edward Prior, President of Prior, sworn to on October 21, 2016, in support of the Application and annexed to the Application (the "Prior Affidavit"); and the Court being satisfied that Prior represents no interest adverse to the Chapter 7 estate, and that the employment of Prior is necessary and in the best interest of the estate; and sufficient notice having been given; and no objections to the relief requested having been filed; and reasonable cause appearing therefor; and no further notice thereof being required, it is

**ORDERED**, that the Application be, and it hereby is, granted; and it is further

**ORDERED**, that the Trustee be, and he hereby is, authorized to employ Prior in accordance with the terms of the Retention Agreement for the limited purpose of pursuing

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application.

Unscheduled Assets on behalf of the Chapter 7 Estate, pursuant to sections 327 and 328 of the Bankruptcy Code; and it is further

**ORDERED**, that commission to Prior shall be ten percent (10%) of any actual recovery obtained by Prior of Unscheduled Assets, and paid solely from any actual recovery obtained by Prior from the Unscheduled Assets, without further Order of this Court; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: November 21, 2016

Honorable Brendan Linehan Shannon
Chief United States Bankruptcy Judge