IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 7 |
| : | |
| CODE REBEL CORPORATION, : | Case No. 16-11236 (BLS) |
| : | |
| Debtor. : | |

**CERTIFICATE OF NO OBJECTION**
**[DOCKET NO. 29]**

I, Mark E. Felger, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *First Interim Fee Application of Cozen O'Connor for Allowance of Compensation and Reimbursement of Expenses as Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee* (the "Application") filed with the Court on November 8, 2016.

Pursuant to the Notice of Application, objections were to be filed and serve no later than December 1, 2016 at 4:00 p.m. I further certify that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.

Since no objections have been filed, the Applicant respectfully requests that the Court enter the Order approving the Application, a copy of which is attached hereto as Exhibit "A.

Dated: December 2, 2016

COZEN O'CONNOR

Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*