# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| CODE REBEL CORPORATION, | : Case No. 16-11236 (BLS) |
| | : |
| Debtor. | : **Related Docket No. 29** |

## ORDER APPROVING FIRST INTERIM FEE APPLICATION OF COZEN O'CONNOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE

Upon consideration of the first interim fee application of Cozen O'Connor ("Cozen"), retained by Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the allowance of interim compensation and reimbursement of expenses for the interim period June 3, 2016 through October 31, 2016 (the "Application"), all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Fed. R. Bankr. P. 2016 and L.R. 2016-1 appearing to have been met; the Court having determined that the fees and expenses incurred were reasonable and necessary and that notice of the Application was appropriate; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Application is APPROVED;

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, compensation in the amount of $118,880.00;

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, the reimbursement of actual, reasonable and necessary expenses in the amount of $380.31; and

IT IS FURTHER ORDERED that the Trustee is authorized to remit payment in the amount of $119,260.31 to Cozen on account of such fees and expenses.

Dated: December ___, 2016

                                                             Honorable Brendan Linehan Shannon
                                                             Chief United States Bankruptcy Judge