IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CODE REBEL CORPORATION, | ) Case No. 16-11236 (BLS) |
| | ) |
| Debtor. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 9, 2017 AT 9:15 A.M.**

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**
*(Fee application binder was delivered to Chambers on August 2, 2017)*

1. Second Interim Fee Application of Cozen O'Connor for Allowance of Compensation and Reimbursement of Expenses as Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee [Docket No. 44; Filed 7/12/17]

    Related Documents:

    (a) Certificate of No Objection [Docket No. 45; Filed 8/3/17]

    Objection Deadline:  August 2, 2017 at 4:00 p.m.

    Objections Received:  None

    Status: A Certificate of No Objection has been filed with the Court.

Dated: August 4, 2017

COZEN O'CONNOR

/s/ Mark E. Felger
Mark E. Felger (No. 3919)
1201 N. Market St., Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com

*Counsel to Jeoffrey L. Burtch,
Chapter 7 Trustee*