### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CODE REBEL CORPORATION, | : | Case No. 16-11236 (BLS) |
| | : | |
| Debtor. | : | **Related Docket No. 44** |

### ORDER APPROVING SECOND INTERIM FEE APPLICATION OF COZEN O'CONNOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>AS COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE</u>

Upon consideration of the second interim fee application of Cozen O'Connor ("<u>Cozen</u>"), retained by Jeoffrey L. Burtch, Chapter 7 Trustee (the "<u>Trustee</u>") for the allowance of interim compensation and reimbursement of expenses for the interim period November 1, 2016 through June 30, 2017 (the "<u>Application</u>"), all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Fed. R. Bankr. P. 2016 and L.R. 2016-1 appearing to have been met; the Court having determined that the fees and expenses incurred were reasonable and necessary and that notice of the Application was appropriate; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Application is APPROVED;

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, compensation in the amount of $68,279.00;

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, the reimbursement of actual, reasonable and necessary expenses in the amount of $590.90; and

IT IS FURTHER ORDERED that the Trustee is authorized to remit payment in the amount of $68,869.90 to Cozen on account of such fees and expenses.

Dated: August 4, 2017

_____
Honorable Brendan Linehan Shannon
Chief United States Bankruptcy Judge