IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CODE REBEL CORPORATION, | : | Case No. 16-11236 (BLS) |
| | : | |
| Debtor. | : | **RE: Docket Item 76** |
| | : | |

**STATUS REPORT OF CHAPTER 7 TRUSTEE**

Jeoffrey L. Burtch, as trustee (the "Trustee") for the Chapter 7 estate (the "Estate") of the above-captioned debtor, hereby provides this Status Report.

**A.     Status of Major Asset Sales**

Completed.

**B.     Status of Plan Negotiations/Preparations/Confirmation**

Not applicable to this Chapter 7 case.

**C.     Status of Major Litigation**

Completed.

**D.     Status of Chapter 5 Causes of Action**

The Trustee did not institute any Chapter 5 causes of action.

**E.     Status of Open Adversary Proceedings**

There are no open adversary proceedings.

**F.     Status of Case Administration**

The Trustee has filed a claim in the amount of $735,097.24 against the chapter 7 estate of Aegis Identity Software, Inc., a chapter 7 case pending in the United States Bankruptcy Court for the District of Colorado under case number 18-10126 (JGR). The Trustee is awaiting closure of that case and distribution on the claim prior to finalization of the Code Rebel Corporation case.

Further, the Trustee is in the process of retaining accountants to perform tax services for the Estate. Claims administration in this case is substantially complete.

**G.**     **Matters Awaiting Court Disposition**

No matters are currently pending.

Dated:  December 22, 2020          COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  mfelger@cozen.com
       gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*